1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   RYAN M. HUCKINS, JR.,            No. 2:24-cv-01492 WBS CSK

13              Plaintiff,

14        v.                          ORDER

15   AMAZON.COM SERVICES LLC,

16              Defendant.

17

18                          ----oo0oo----

19            Following entry of judgment in its favor (Docket No.

20   18), defendant timely submitted a bill of costs (Docket No. 19).

21   Plaintiff has filed objections to the bill of costs, arguing that

22   defendant had not met its burden to show the costs were

23   necessarily incurred.  (Docket No. 20.)

24            Without any further explanation or supporting

25   documentation, the court is unable to assess from the bill of

26   costs whether such costs were necessarily incurred under Federal

27   Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920, and Eastern

28   District of California Local Rule 292.

                                1

1    Accordingly, defendant is given 14 days from the date

2 of this Order to submit documentation in support of its bill of

3 costs and explaining why such costs were necessarily incurred in

4 this case.  Plaintiff may have 7 days from defendant's filing to

5 submit a response.

6    IT IS SO ORDERED.

7 Dated:  July 18, 2025

8    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28