UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RYAN M. HUCKINS, JR., an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>AMAZON.COM SERVICES LLC; and DOES 1 through 50, inclusive,<br><br>            Defendants. | No. 2:24-cv-01492 WBS CSK<br><br>ORDER RE: BILL OF COSTS |

----oo0oo----

The court granted summary judgment in favor of defendant Amazon.com Services LLC on June 25, 2025. (Docket No. 17.) Judgment for the defendant was entered on June 25, 2025. (Docket No. 18.) Defendant subsequently submitted a bill of costs. (Docket No. 19.) Plaintiff objected on the ground that defendant did not provide adequate evidentiary support. (Docket No. 20.) Defendant then submitted a memorandum in support of its

1

bill of costs. (Docket No. 26.) Plaintiff has not responded to that memorandum and the time to do so has passed. Defendant claims itemized costs of (1) $2,419.00 for the deposition transcript of plaintiff, and (2) $435.00 for the filing fee paid in state court prior to removal, for a total of $2,854.00. (Docket No. 19.)

Federal Rule of Civil Procedure 54(d)(1) governs the taxation of costs and provides that "costs -- other than attorney's fees -- should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1). Such costs may include "[f]ees for printed or electronically recorded transcripts necessarily obtained for use" and "filing fee[s]." Kalitta Air L.L.C. v. Central Texas Airborne Sys. Inc., 741 F.3d 955, 957-58 (9th Cir. 2013) (citing 28 U.S.C. § 1920(1)-(6)) ("The general costs statute [which] defines the term 'costs' as used in Rule 54(d)."). "Rule 54(d) creates a presumption in favor of awarding costs to prevailing parties, and it is incumbent upon the losing party to demonstrate why the costs should not be awarded." Stanley v. Univ. of S. Cal., 178 F.3d 1069, 1079 (9th Cir. 1999).

After reviewing defendant's bill of costs and in light of the fact that plaintiff has not objected, defendant's claimed costs of $2,854.00 will be taxed to plaintiff. See L.R. 292(c).

IT IS SO ORDERED

Dated: August 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2